UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MUSTAFA MUBIN BAQI,

          Plaintiff,

v.

JOHN L CAMPBELL, ET AL.,

          Defendants.

Case No. 3:19-cv-06077-BJR-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) defendants' motion for summary judgment is GRANTED;

(3) plaintiff's complaint is DISMISSED: plaintiff's claims pursuant to 42 U.S.C. § 1983 are DISMISSED with prejudice; plaintiff's state law claims are DISMISSED without prejudice; and

///

///

(4)   Plaintiff's *in forma pauperis* status is revoked in the event of an appeal.

Dated this 13th day of October, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2